IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Bernadette Reyes Pickett,                         Case No. 3:18 CV 1046

                               Plaintiff,          ORDER ADOPTING
               -vs-                                REPORT AND RECOMMENDATION

Commissioner of Social Security,                  JUDGE JACK ZOUHARY

                               Defendant.


        Plaintiff Bernadette Reyes Pickett applied for Social Security disability benefits in 2014

(Doc. 9 at 462).  After denials at all stages of the administrative process (*id.* at 8, 50, 317, 324), she

filed a Complaint in this Court against Defendant Commissioner of Social Security (Doc. 1).  The

Complaint seeks judicial review of the Commissioner's determination that Pickett is not entitled to

benefits (*id.* at 2).

        The case was automatically referred to Magistrate Judge James Knepp under Local Civil Rule

72.2(b)(1) (Non-Doc. Entry 5/7/2018).   Pickett later requested a remand based on new

evidence -- specifically, a diagnosis of multiple sclerosis (Doc. 13 at 15, 17).  The Commissioner

opposed (Doc. 16); Pickett replied (Doc. 18).   Judge Knepp then issued a Report and

Recommendation (R&R), which concludes remand is appropriate under sentence six of 42 U.S.C. §

405(g) (Doc. 19 at 19).

The R&R states that objections to the R&R are due fourteen days after the date of its service (*id.*). The deadline passed, and no objections have been filed. Therefore, having reviewed the R&R, this Court adopts it in its entirety. *See Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). The Motion for Remand (Doc. 13) is granted.

IT IS SO ORDERED.

      s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 23, 2019